The W. C. Sweetser Company, Plaintiff, v. Henry Gilsey and Another, Individually and as Executors, etc., Respondents, Impleaded with Raisler Heating Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York, Respondent, v. Gaetano Gubitosi, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William L. Gallagher, Respondent, v. The Royal Mail Steam Packet Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Annie Brudie, as Administratrix, etc., Respondent, v. Renault Frères Selling Branch, Incorporated, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., dissented.

Jacob Kaufman, an Infant, etc., Respondent, v. Knickerbocker Ice Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Max Rubel, Respondent, v. Lebolt & Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Scott, J., dissented.

In the Matter of the Judicial Settlement of the Account of Leo Schlesinger and Another, as Executors, etc., Respondents. Amelia Schlesinger Cook and Others, Appellants.— Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Thomas E. Greacen, Respondent, v. Solomon L. Pakas, Appellant, Impleaded with Others.— Judgment affirmed, with costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Vittorio Bruno, Appellant, v. James M. Rodgers and John J. Haggerty, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., dissented.

Michael J. Drummond, Commissioner of Public Charities of the City of New York, on Complaint of Annie Slesok, Respondent, v. Charles Siano, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and Scott, J., dissented.

The City of New York, Respondent, v. Central Park, North and East River Railroad Company, Appellant, Impleaded with Metropolitan Street Railway Company and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.